The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on May 24, 2013, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: May 24, 2013**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

B13-04520

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | CASE NO. 13-11659 |
| Derrick Watson<br>Joyce Watson | CHAPTER 7 |
| | JUDGE ARTHUR I. HARRIS |
| Debtors | **(12912 Dove Ave , Cleveland, OH 44105)** |

**ORDER GRANTING MOTION OF DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC.,
ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-W5,
UNDER THE POOLING AND SERVICING AGREEMENT DATED
DECEMBER 1, 2005 FOR RELIEF FROM STAY AND ABANDONMENT**

This matter came to be considered on the Motion for Relief from Stay and Abandonment

(the "Motion") filed by Deutsche Bank National Trust Company, as Trustee for Argent

Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W5, under the pooling and servicing agreement dated December 1, 2005, ("Movant"), docket document 10. Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with Notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 12912 Dove Ave, Cleveland OH 44105.

### 

**SUBMITTED BY:**

The Law Offices of
John D. Clunk Co., LPA

  /S/ LeAnn E. Covey
LeAnn E. Covey (#0083289), ext 2263
Attorney for Movant
4500 Courthouse Blvd, Suite 400
Stow, OH 44224
(330) 436-0300 / facsimile (330) 436-0301
Email: *bknotice@johndclunk.com*

**SERVICE LIST:**

LeAnn E. Covey
4500 Courthouse Blvd., Suite 400
Stow, OH 44224

Derrick Watson
Joyce Watson
12912 Dove Ave
Cleveland, OH 44105

Cuyahoga County Treasurer
1219 Ontario Street
Cleveland, OH 44113

Citibank/Arrow Financial
PO Box 6097
Sioux Falls, SD 57117-6497

Cuyahoga County Clerk of Courts
Justice Center, 1st Floor
1200 Ontario Street
Cleveland, OH 44113-1664

Debra E. Booher
1350 Portage Trail
Cuyahoga Falls, OH 44223

Steven Davis
1370 Ontario St
Standard Bldg, Suite #450
Cleveland, OH 44113-1744

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH  44114